In the Matter of JOHN E. DAVIS, Appellant, against CECIL B. WIENER et al., Constituting the Municipal Civil Service Commission of the City of Buffalo, Respondents.

Argued January 6, 1941; decided January 23, 1941.

538

*Wortley B. Paul, M. Edwin Merwin* and *Walter S. Merwin* for appellant.

*David Diamond, Corporation Counsel* (*Andrew P. Ronan* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.